# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3720

_____

| | | |
|---|---|---|
| Yericho Yisrael, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| University of Missouri; Manuel T. | * | Western District of Missouri. |
| Pacheco, President; R. Kenneth | * | |
| Hutchinson, University of Missouri, | * | [UNPUBLISHED] |
| Vice President for Human Resources; | * | |
| Martha W. Gilliland, UMKC | * | |
| Chancellor's Office; Gerald D. Jensen, | * | |
| Vice Chancellor for Administrative | * | |
| Affairs, UMKC; Jane Ann Peterson, | * | |
| Director of Human Resources, UMKC; | * | |
| Carl F. Calkins, Institute of Human | * | |
| Development, UMKC; William F. | * | |
| "Vim" Horn, Research Associate, | * | |
| Institute for Human Development, | * | |
| UMKC; Tanya Whitehead, formerly | * | |
| Research Associate, Institute for | * | |
| Human Development, now Lecturer, | * | |
| College of Arts and Sciences, UMKC, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 1, 2003
Filed: May 12, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.
_____

PER CURIAM.

Yericho Yisrael appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action against the University of Missouri and several of its officers, curators and personnel. Having carefully reviewed the record and the parties' briefs, we conclude that dismissal was proper. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.